BEST EDGE   BEST SCAN

## EQUIPMENT SCHEDULE

LEASE NO. RSS1104
EQUIPMENT SCHEDULE NO. 1

SCHEDULE DATE: November 18, 2004

To Master Lease Agreement dated November 18, 2004 between Pacific Financial Company as Lessor, and Red Star Spanish Fort, Inc. as Lessee.

1. Equipment:

   All Equipment described on Exhibit A attached hereto together with all parts, accessories, attachments, substitutions, repairs, improvements and replacements and any and all proceeds thereof, including without limitation, insurance proceeds.

2. Equipment Cost: $265,709.11

3. Equipment Location:   30500 State Hwy 181, Spanish Fort, AL  36527

4. Acceptance Date:_____

5. Commencement Date: The Commencement Date shall be as defined in Paragraph 2b of the Master Lease Agreement.

6. Initial Period: __60__ months from Commencement Date.

7. Monthly Rental: Lessee shall pay Monthly Rental in the sum of $5,404.53, (plus applicable sales/use tax, if any) payable first and last in advance, to the Lessor. Lessee shall pay interim rent based on a pro-rata portion of the Monthly Rental, calculated a 30-day basis for the period between the Acceptance Date and the Commencement Date. Effective as of the Commencement Date (or as of the Assignment Date, if earlier), the Monthly Rental shall be increased proportionately to any increase occurring between the Schedule Date and the Commencement Date in the yields of the five (5) year U.S. Treasury Notes, at a rate of 3.42 as quoted in the editions of the Wall Street Journal published on the Schedule Date and the Commencement Date, respectively (if more than one yield is quoted, the highest quote shall be used). As of the Commencement Date, the Monthly Rental shall be fixed for the Initial Lease Term and any extension; provided, however, that if the Assignment Date occurs after the Commencement Date, then effective as of the Assignment Date, the Monthly Rental shall again be increased proportionately to any increase occurring between the Commencement Date an the Assignment Date in the yields of the five (5) year U.S. Treasury Notes, at a rate of 3.42, as quoted in the editions of the Wall Street Journal published on the Commencement Date and the Assignment Date, respectively (if more than one yield is quoted, the highest quote shall be used). As soon as practicable after the effective date of each adjustment made in accordance with this paragraph, Lessor shall provide Lessee with written notice of the increase; Lessor's calculations shall be conclusive absent manifest error.

8. Representation of Lessee: Lessor and Lessee agree that this Equipment Schedule constitutes a "true lease" under the Utah Uniform Commercial Code - Leases, in that (a) Lessee has selected the Equipment in its sole discretion, (b) Lessor has acquired the Equipment solely for purposes of leasing such Equipment under this Equipment Schedule, and/or (c) Lessee has received a copy of the contract evidencing Lessor's purchase of the Equipment.

9. Master Lease: This Equipment Schedule No. 1 is issued pursuant to the Master Lease Agreement identified herein. All of the terms and conditions of the Master Lease Agreement are hereby incorporated herein and made a part hereof as if such terms and conditions were set forth herein. By their execution and delivery of this

EXHIBIT "B"

**BEST EDGE   BEST SCAN**

Equipment Schedule, the parties hereby reaffirm all of the terms and conditions of the Master Lease Agreement, except to the extent, if any, modified, hereby.

This is Counterpart No. 1 of 1 serially numbered, manually executed counterparts. To the extent that this document constitutes chattel paper under the Uniform Commercial Code, no security interest is this document may be created through the transfer and possession of any counterpart other than Counterpart No. 1.

| LESSOR: Pacific Financial Company | LESSEE: Red Star Spanish Fort, Inc. |
|---|---|
| By: PFR Management, Inc., general partner | |
| BY: _[signature]_ | BY: _[signature]_ |
| (signature) | (signature) |
| TITLE: President | TITLE: Tr. President |

**BEST EDGE   BEST SCAN**

EXHIBIT A

Lease No.      RSS1104
Schedule No.   1

Equipment Location:    30500 State Hwy 181
                       Spanish Fort, AL 36527

Equipment Description: All Equipment described herein together with all parts, accessories, attachments, substitutions, repairs, improvements and replacements and any and all proceeds thereof, including without limitation, insurance proceeds.

Qty   Description
5     IBM Sure POS 532 Wkstn, 12.1" Active Display
5     IBM Card Reader
5     Epson TMT68 Thermal Printer
1     Cash Drawer
5     Termination Kits
4     Epson TM 200B Remote Printer
1     IBM x205 Series System Fileserver with 10/100 Network Card, MS kybrd, Serial Mouse, 15" Color Monitor
1     External Modem
1     Secondary HDD-Hot Swap and Backup Software
1     Network Hub & Port
2     Power-Rite Plus 850 VA UPS (Battery Backup)
1     Windows 98/2000 Combo - 5 Terminal
1     Aloha 5 Terminal POS and Back Office Mgr Software
1     Aloha Credit Card Auth. Software & Mdm for 5 Terminals
1     PC Anywhere 32 Software
30    Wood Backless Barstool, Finish WHF 131 Light Cherry
24    Barstool Finish WBF 131 Light Cherry
14    Indoor/Outdoor Speakers 8" Woofer
2     Indoor/Outdoor Speakers 6.5" Woofer
2     In-Wall/In-Ceiling 6.5 Woffer
11    Toshiba 32" Flat Tube TV's
11    Ceiling Mounts for TVs
1     13" TV for Head-End
7     Satellite Receivers
1     Non-Penetrating Roof Mount
1     30" Satellite Dish
1     Cloud 8 Zone Mixer
1     QSC RMX 1450 Amplifier
2     QSC 2400 Amplifiers
1     Coax Cable Pullied to Roof for DMX
1     Nortel Phone System with 6 phones

*Initials:*
Lessor:
Lessee:

BEST EDGE   BEST SCAN

8 Phone Lines Installed in Head-End
1 RJ 3J x Phone Jack with Alarm Priority Installed
4 Data Lines Installed in Office
1 Data Line Installed at Service Station
1 A/V Switches
1 CD 5 Disc
1 8 way Multiswitch
2 Single Booths at 48" long
4 Double Booths at 48" long, 5 foursome openings, 1 end only finished
6 "U" shaped booths, re-upholstered only, 5' x 7'6" x 5' long each
1 Lot Horizontal and vertical decking made new for "U" Shapes
10 Prefinished mahogany wood screens with black poles, 24 slates per unit, 6' long x 8' high each
1 Cocktail Station Supreme Metal Model PRPT-4244-8-L
1 PRO-72-WR Custom 18" x 72" overshelf
1 PRA-SSC-PT Prestige Sliding Cover
2 Drainboard Supreme Metal Model No. PRD-19-30
2 PRDSR-30 Prestige Speed Rail, 30", double tier stainless steel
2 Ice Chest Supreme Metal Model No. PRI-19-36-8
2 PRDSR-36 Speed Rail, 36", Double tier, stainless steel
3 Liquor Display Unit Supreme Metal Model No. PRLR-19-24
1 Hand Sink, Supreme Metal Model No. PRHS-19-16
1 Glass Froster Beverage Air Model No. GF34L-B, Serial No. 7112213
1 Sink, Three Compartment Supreme Metal Model No. PRGB-19-53C
1 Backbar Storage Cabinet Refrigerated Beverage Air Model No. BB72G-B, Serial No. 7206686
3 Backbar Storage Cabinet Refrigerated Beverage Air Model No. BB48G-B, Serial No. 7208612, 7208614, 7208615
3 Food Warmer, Drop-In, Electric, Wells Model No. SS-10ULTD, Serial No. CA0000-36746, CA0000-36762, CA0000-36761
1 Freezer, Reach-In, Beverage Air Model No. EF24-1AS, Serial No. 7230066
2 Fryer, Gas Pitco Frialator Model No. 35C+S, Serial No. G04JD-035290, G04JD-035291
2 Range, 36" Restaurant, Gas, Southbend Model No. 436D, Serial No. 04H77140, 04H78176
1 Broiler, Deck-Type, Gas, Southbend Model No. 171, Serial No. 04J78512
1 Griddle, Counter Unit, Gas, Southbend Model No. HDG-24, Serial No. 04J78561
1 Convection Oven, Gas, Southbend Model No. SLGB-22SC, Serial No. 04J78600
1 Cabinet Mobile Heated, Cres Cor Model No. 131-1816B, Serial No. 1311816B
1 Refrigerated Counter, Griddle Stand True Food Service Equipment Model No. TRCB-79, Serial No. 3926072

*Initials:*
Lessor:
Lessee:

# BEST EDGE   BEST SCAN

- 1 Cheesemelter, Wall Mounted, Southbend Model No. CM-60W, Serial No. 04J78532
- 1 Drop-In Sink, Advance Tabco Model No. DI-1-10
- 1 Buffet, Hot Food, Electric, Randell Model No. 3614-208, Serial No. T14261
- 3 Pizza Prep Table Beverage Air Model No. DP67, Serial No. 7207944, 7207948, 7207942
- 1 Refrigerated Countertop Pan Rail, Alpha Distributors Model No. SKPS8, Serial No. SAEG46538-A
- 2 Hand Sink, Advance Tabco Model No. 7-PS-60
- 1 Mixer, Food, Globe Model No. SP30, Serial No. 7310577
- 1 Sink, Two Compartment, Advance Tabco Model No. 93-22-40
- 1 T&S B-0231 Sink mixing faucet with 12" swing nozzle
- 2 T&S B-3913 Twist Waste Valve
- 2 Work Table, Advance Tabco Model No. KSS-305
- 4 EC-1460 Shelving, Wire
- 4 SB-14 Wall Shelf Bracket, single mount
- 1 Charbroiler, Gas, Counter Model, Magikitch'n Model No. CM-RMB-648, Serial No. G04JE032856
- 1 Sandwich Toaster/Grill, Star Mfg Model No. GR141, Serial No. GRC33724
- 1 Sink, Three Compartment Advance Tabco Model No. 94-26-60-18RL
- 1 Walk-In Combo, Kolpak Model No. 9X26
- 1 Shelving, Advance Tabco Model Kit, Walk-In Shelving
- 2 Freezer, Reach-In, Beverage Air Model No. EF48-IAS, Serial No. 7026099, 7026100
- 1 Lettuce Crisper/Dispenser, Refrigerated, Alpha Distributors Model No. SK2SB, Serial No. SAEH48882M
- 1 Dishtable, Soiled, Advance Tabco Model No. DTS-D30-72L
- 1 Dishtable, Clean, Advance Tabco Model No. DTC-S30-60R
- 1 Food Slicer, The Bolton Co.
- 2 Rack, Pan, Advance Tabco Model No. PR20-3W
- 1 Food Processor, Electric, Robot Coupe Model No. R2N, Serial No. 2461110803X-09
- 1 Nacho Chip Warmer, Carter-Hoffman Model No. CW4
- 5 Heat Lamp, Marshall Air Systems Model No. CZ4, Serial No. 0504TG-08383, 0504TG-08387, 0504TG-08388, 0504TG-08390, 0504TG-08395
- 1 Cook/Hold Cabinet, Alto-Shaam Inc Model No. 500-TH/III, Serial No. 271480-000
- 1 Rack, Can Storage
- 1 Sink, Hand, Advance Tabco Model No. 7-PS-23

Lessee hereby authorizes Lessor to amend the documents and any applicable Uniform Commercial Code Financing Statement to include serial numbers for the Equipment as they become available.

*Initials:*
Lessor:
Lessee: