**BEST EDGE   BEST SCAN**

LESSOR:   PACIFIC FINANCIAL COMPANY

EQUIPMENT: _See attached Exhibit A_
LEASE NUMBER: RSS1104
SCHEDULE NO: 1
DATE OF LEASE: November 18, 2004

LESSEE:   Red Star Spanish Fort, Inc.

## ACKNOWLEDGMENT AND ACCEPTANCE OF EQUIPMENT BY LESSEE

Lessee hereby acknowledges that the Equipment described above has been received in good condition and repair, has been properly installed, tested, and inspected, and is operating satisfactorily in all respects for all of Lessee's intended uses and purposes. Lessee hereby unconditionally and irrevocably accepts the Equipment.

By signature below, Lessee specifically authorizes and requests Lessor to make payment to the supplier of the Equipment of all amounts specified in the attached invoices. Lessee agrees that said Equipment has not been delivered, installed, or accepted on a trial basis.

WITH THE DELIVERY OF THIS DOCUMENT TO LESSOR, LESSEE ACKNOWLEDGES AND AGREES THAT LESSEE'S OBLIGATIONS TO LESSOR BECOME ABSOLUTE AND IRREVOCABLE AND LESSEE SHALL BE FOREVER ESTOPPED FROM DENYING THE TRUTHFULNESS OF THE REPRESENTATIONS MADE IN THIS DOCUMENT.

DATE OF ACCEPTANCE: _[signature] 1-7-05_

LESSEE: Red Star Spanish Fort, Inc.
_[signature]_
_[signature]_
(title)

IMPORTANT: THIS DOCUMENT HAS LEGAL AND FINANCIAL CONSEQUENCES TO YOU. DO NOT SIGN THIS DOCUMENT UNTIL YOU HAVE ACTUALLY RECEIVED ALL OF THE EQUIPMENT AND ARE COMPLETELY SATISFIED WITH IT.

EXHIBIT "C"