## AMENDMENT TO EQUIPMENT SCHEDULE TO MASTER LEASE

This Amendment to Equipment Schedule to Master Lease ("Amendment") amends Equipment Schedule No. 1 dated November 18, 2004 to Master Lease Agreement No. RSS1104 dated November 18, 2004 between Pacific Financial Company as lessor ("Lessor") and Red Star Spanish Fort, Inc. as lessee ("Lessee").

Effective February 2, 2005, Equipment Schedule No. 1 (and related documents, including but not limited to the Notice of Assignment) is amended as follows:

a. The Equipment Cost outlined in Paragraph 2 of Equipment Schedule No. 1 is hereby amended to be $247,303.93.

b. The Monthly Rental outlined in Paragraph 7 of Equipment Schedule No. 1 is hereby amended to be $5,059.84 each, (plus applicable sales/use tax, if any).

All other terms and conditions of the Master Lease, Equipment Schedule No. 1 and related documents remain unchanged and in full force and effect.

ACKNOWLEDGED AND AGREED TO THIS ___9___ DAY OF __Feb__, 2005:

LESSOR: Pacific Financial Company
By ACC Capital Corporation, general partner

By: _____
Title: _____

LESSEE: Red Star Spanish Fort, Inc.

By: _____
Title: _____

EXHIBIT
"D"