CEM

**FILED**
**DECEMBER 7, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

LEAF FUNDING, INC. v. RED STAR SPANISH FORT, INC.;
RED STAR AMERICA, INC.; RDG CHICAGO, INC.; BAR
LOUIE AMERICA, INC.; ROGER GREENFIELD; and
THEODORE V. KASEMIR.

Case Number:

**07 C 6907**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**JUDGE LEFKOW**
**MAGISTRATE JUDGE MASON**

LEAF FUNDING, INC.

| | |
|---|---|
| NAME (Type or print) | |
| Thomas B. Orlando | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ | |
| FIRM | |
| FORAN GLENNON PALANDECH & PONZI, P.C. | |
| STREET ADDRESS | |
| 150 South Wacker Drive, Suite 1100 | |
| CITY/STATE/ZIP | |
| Chicago, Illinois 60606 | |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 62265780 | (312) 863-5000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✓ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐