**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Theodore V. Kasemir
1920 Keats Lane
Highland Park, IL   60035

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

X ☐ Agent
  ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
                                   12-17-0

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)            ☐ Yes

2. Article Number
   (Transfer from service label)
   7006 0100 0006 3336 9507

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540