| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent ☐ Addressee |
| | B. Received by (Printed Name) MARIA PRASIE    C. Date of Delivery |
| 1. Article Addressed to:<br><br>RDG CHICAGO, INC., through its<br>Registered Agent, Rachel Dennis<br>1840 Pickwick Lane<br>Glenview, IL 60026 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0100 0006 3336 9446 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540