AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

LEAF FUNDING, INC.

V.

RED STAR SPANISH FORT, INC.; RED STAR AMERICA, INC.; RDG CHICAGO, INC.; BAR LOUIE AMERICA, INC.; ROGER GREENFIELD; and THEODORE V. KASEMIR

CASE NUMBER: **07 C 6907**

ASSIGNED JUDGE: **JUDGE LEFKOW**

DESIGNATED MAGISTRATE JUDGE: **MAGISTRATE JUDGE MASON**

TO: (Name and address of Defendant)

Roger Greenfield
555 Waters Edge Court
Northbrook, Illinois 60062

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas B. Orlando
Jonathan F. Fiegen
FORAN GLENNON PALANDECH & PONZI, P.C.
150 South Wacker Drive, Suite 1100
Chicago, Illinois 60606

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

*Cynthia Mercado* (signature)

---------------------------------
(By) DEPUTY CLERK

**December 7, 2007**
---------------------------------
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | February 6, 2008 |
| NAME OF SERVER (PRINT)  Mary Ellen McNulty | TITLE |

*Check one box below to indicate appropriate method of service*

G  Served personally upon the defendant. Place where served: _____

_____

G  Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

G  Returned unexecuted: _____

_____

G  Other (specify):  <u>Served certified mail return receipt requested to the Defendant,</u>

  <u>Roger Greenfield, at 555 Waters Edge Court, Northbrook, Illinois 60062.</u>

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | Certified Mail--Return Receipt | $7.30 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   <u>2/6/08</u>       *Mary Ellen McNulty*
              Date                *Signature of Server*

150 South Wacker Drive, Suite 1100
Chicago, Illinois 60606
*Address of Server*

___

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Roger Greenfield
   555 Waters Edge Court
   Northbrook, Illinois 60062

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): GREENFIELD    C. Date of Delivery: 2/9/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☒ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 0100 0006 3336 9606

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540