# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEAF FUNDING, INC. | Case No. 1:07-cv-06907 |
| | Judge Joan H. Lefkow |
| Plaintiff, | |
| v. | |
| RED STAR SPANISH FORT, INC., et al., | **NOTICE OF VOLUNTARY DISMISSAL** |
| Defendants. | |

Pursuant to Fed. Civ. R. 41(a), Plaintiff, LEAF Funding, Inc., dismisses this matter WITHOUT PREJUDICE.

_____
Michael H. McColl (#6225588)
FORAN GLENNON PALANDECH & PONZI, LTD.
A.R.D.C. #6276964
150 South Wacker Drive
Suite 1100
Chicago, Illinois 60606
(312)863-5000

Attorney for Plaintiff
LEAF Funding, Inc.

-2-

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via U.S. Mail, postage prepaid this 12TH day of May, 2008 upon the following:

**RED STAR SPANISH FORT, INC.,**
c/o Rachel Dennis
1840 Pickwick Ln.
Glenview, IL 60026

**RED STAR AMERICA, INC.,**
c/o Rachel Dennis
1840 Pickwick Ln.
Glenview, IL 60026

**RDG CHICAGO, INC.,**
c/o Rachel Dennis
1840 Pickwick Ln.
Glenview, IL 60026

**BAR LOUIE AMERICA, INC.,**
c/o Rachel Dennis
1840 Pickwick Ln.
Glenview, IL 60026

**ROGER GREENFIELD,**
555 Waters Edge Ct.
Northbrook, IL 60062

**THEODORE V. KASEMIR,**
1920 Keats Ln.
Highland Park, IL 60035

_____
Michael H. McColl